# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Michelle Reese<br>v<br>Investiteck Fraud Investigations | 08cv1497<br>FILED: 03/13/08    AEE<br>JUDGE NORDBERG<br>MAG. JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Michelle Reese

| | |
|---|---|
| NAME (Type or print)<br> Larry P. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Larry P. Smith | |
| FIRM<br> Larry P. Smith & Associates, Ltd | |
| STREET ADDRESS<br> 205 N. Michigan Ave., Suite 4000 | |
| CITY/STATE/ZIP<br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217162 | TELEPHONE NUMBER<br>312-222-9028 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐