## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-1497 |
| | ) | |
| INVESTITECK FRAUD INVESTIGATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

INVESTITECK FRAUD INVESTIGATIONS
848 N. Rainbow Blvd.
Las Vegas, NV 89107

PLEASE TAKE NOTICE THAT On July 9, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served this notice by mailing it to the above named party or parties at the above referenced addresses to the above named parties before 5:00 p.m. on July  9 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

By: _____*/s Larry P. Smith*_____
Attorney for Plaintiff