UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michelle Reese
                         Plaintiff,

v.                                      Case No.: 1:08–cv–01497
                                                  Honorable John A. Nordberg

Investiteck Fraud Investigations
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable John A. Nordberg:Plaintiff's motion to dismiss [7] is granted. Defendant, INVESTITECK FRAUD INVESTIGATIONS, is dismissed without prejudice and without costs to be paid to any party. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.